# ATTACHMENT 1

FILED/REC'D

2026

CLE...           ...RT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM

### (for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT

FOR THE Western _____ DISTRICT OF Wi _____

(Full name of plaintiff(s))

## John Kenneth Toles

_____

vs

Case Number:

(Full name of defendant(s))

## 26 CV 335 JDP

(to be supplied by clerk of court)

## Janesville Police Department

## Officer Jason Reese

## Officer Jaclyn Mader

City of Janesville, Wi

A.    PARTIES

1.    Plaintiff is a citizen of Janesville ,Wi _____ and resides at
(State)

1931 Dupont Dr 203 , 53546

New Address    1304 Benton St (Address)
Rockford IL 61107
(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant ___Janesville Police Department ,Officer Jason Reese, Officer Jaclyn Mader ,Officer Austin-Johnson,Officer Dix,Officer Kinsella,Officer Kress,Officer Lemery,Officer Wagner,Officer Holt___

(Name)

is (if a person or private corporation) a citizen of **Wisconsin** _____

(State, if known)

and (if a person) resides at **100 North Jackson** _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Janesville Police Department ,100 North Jackson**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Officer Jason Reese Colluded With Officer Jaclyn Mader and Produced  A False Arrest

Officer Jaclyn Mader ,Made False Statements ,And Manufactured  Evidence To Facilitate

Officer Reese Harrassed Plaintiff on Multiple occasions  and Officer Mader wanted to arrest me

A  Violation of 4th amendment protection Search and seizeure ,the occurance rule happens

42 (18 Usc 1983) Deprivation of My Civil Rights, Censorship Was applied to evidence with

Plaintiff is documented victim of domestic Violence,

Plaintiff called 911 Police to report an incident at his home 07/30/2024 Officer Reese ,Rrrested me

Plaintiff Was Found Not Guilty Of Possession Of Firearm on Trial 10/03/2024

C.    JURISDICTION

[✔]    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I was found Not Guilty ,I Humbly ask the court to hear my complaint,I wish to be comper

as my life Emotionally and Physically was destroyed I wish to be awarded 10 million dollars

2025 : Officer Jaclyn Mader Was fired from Jpd and placed on Guglia Brady list in Wisconsin

2025: Officer Jason Reese is still employed and Should be Fired and placed on Guglia Brady

I filed complaints with the Jpd and the police and fire commission prior to this lawsuit , and

attached is copy of formal complaint ,and evidence

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
              OR

☐    Court Trial – I want a judge to hear my case

Dated this ___19___ day of __January_____ 20_26__ .

Respectfully Submitted,

_____
Signature of Plaintiff

608-774-3790
_____
Plaintiff's Telephone Number

mrtoles2000@yahoo.com
_____
Plaintiff's Email Address

1304 Benton St ,Rockford IL
                61107
_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5